(89 South. 395)

. Ex parte STATE ex rel. ATTORNEY GENERAL.

KENDRICK v. STATE.

(6 Div. 422.)

(Supreme Court of Alabama. April 21, 1921.)

Certiorari to Court of Appeals.

R. E. Kendrick was convicted of an offense. Conviction reversed by the Court of Appeals (89 South. 395); and the State, on relation of the Attorney General, petitions for certiorari. Writ denied.

Harwell G. Davis, Atty. Gen., and Ben G. Perry, of Bessemer, for appellant.

McCLELLAN, J. Petition by the state of Alabama, on the relation of its Attorney General,

[1] 205 Ala. 544.

for certiorari to Court of Appeals to review and revise the judgment of said court rendered in the appeal in Robert Emory Kendrick v. State of Alabama. 89 South. 395. Writ denied.